JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDON RYAN JOHNSON, | ) NO. ED CV 19-418-JLS (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| R. JOHNSON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 19, 2020

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE